UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION LAW CENTER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF HOMELAND )<br>SECURITY, *et. al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 19-00866-RC |

## **NOTICE OF APPEARANCE**

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for all defendants in the above-captioned case.

Dated: March 27, 2019

                                                      Respectfully Submitted,

                                                      */s/ Diana V. Valdivia*
                                                      Diana V. Valdivia, D.C. BAR # 1006628
                                                      Assistant United States Attorney
                                                      Judiciary Center Building
                                                      555 4th Street, N.W. – Civil Division
                                                      Washington, D.C.  20530
                                                      (202) 252-2545
                                                      diana.valdivia@usdoj.gov