UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL IMMIGRATION LAW CENTER,<br><br>        Plaintiff,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>        Defendant. | Civil Action No. 19-0866 (RC) |

## NOTICE OF ICE'S INTENT TO COMPLY WITH RULE 45 SUBPOENA

Defendants hereby notify the Court that Defendant ICE has determined that it will respond to the attached subpoena, issued by the District Court in Tennessee by 12:00 pm on April 4, 2019, as directed by the subpoena. The response will include the names of ICE agents that ICE has now confirmed were present at the work site enforcement operation in question.

Dated: April 3, 2019          Respectfully Submitted,

                                    JESSIE K. LIU
                                    D.C. Bar # 472845
                                    United States Attorney

                                    DANIEL F. VAN HORN
                                    D.C. BAR # 924092
                                    Chief, Civil Division

                                    By: */s/ Diana V. Valdivia*

                                    DIANA V. VALDIVIA
                                    Assistant United States Attorney
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    Tel: (202) 252-2545
                                    diana.valdivia@usdoj.gov